UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| LEO ROBBINS & SONS, INC., *et al.* | : | BANKRUPTCY NOS. 09-19403(MDC) |
| | : | and 09-19404(MDC) |
| Debtors | : | (Jointly Administered) |
| | : | |

CERTIFICATION OF OCCURRENCE OF EFFECTIVE DATE
UNDER DEBTOR'S AMENDED PLAN OF REORGANIZATION
(Robbins Delaware Diamonds, LLC)

The undersigned counsel for ROBBINS DELAWARE DIAMONDS, LLC (the "Debtor") hereby certifies that the Effective Date occurred on February 15, 2011, under the Debtor's Amended Plan of Reorganization dated November 24, 2010, confirmed by Order of the Bankruptcy Court dated January 28, 2011 and entered on January 31, 2011 [Docket No. 353].

MASCHMEYER KARALIS P.C.

Dated: February 18, 2011        By: /s/ Aris J. Karalis
ARIS J. KARALIS
1900 Spruce Street
Philadelphia, PA  19103
(215) 546-4500
Attorneys for the Debtor